**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ROBERT NEWSOM, III AND
AMANDA NEWSOM**                                                                               **PLAINTIFFS**

**V.**                         **2:12CV00150-MPM-JMV**

**JANTRAN, INC.**                                                     **DEFENDANTS**

*CONSOLIDATED WITH*

**IN THE MATTER OF: JANTRAN, INC.**
**As Owner of the M/V Riverton in a Cause of**
**Action for Exoneration from, or Limitation of**
**Liability**

**VERSUS**                         **CIVIL ACTION NO. 4:13CV00023-MPM-JMV**

**ROBERT NEWSOM, III AND
AMANDA NEWSOM**                                **DEFENDANTS**

**ORDER**

      THESE CASES having been consolidated by Order dated April 9, 2013, it is

      **THEREFORE ORDERED** that Cause No. 4:13cv00023-MPM-JMV, the Limitation of Liability action, shall proceed in accordance with the scheduling deadlines that control Cause No. 2:12cv00150-MPM-JMV, the Jones Act action.

      **THIS,** the 23rd day of April, 2013.

                                                                              /s/ Jane M. Virden
                                                                           U. S. MAGISTRATE JUDGE