**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ROBERT NEWSOM, III and**                                                  **PLAINTIFFS**
**AMANDA NEWSOM**

                                                                      **CASE NO.: 2:12-CV-150-MPM-JMV**

**VS.**

**JANTRAN**                                                                                 **DEFENDANT**

**CONSOLIDATED WITH**

**IN THE MATTER OF:JANRAN INC.
AS OWNER OF THE M/V RIVERTON
IN A CAUSE OF ACTION FOR EXONERATION
FROM, OR LIMITATION OF LIABILITY
JANTRAN, INC.**                                          **CASE NO.: 4:13-CV-23-MPM-JMV**

## ORDER

This cause came before this court on the unopposed Motion of the Defendant to Extend the case management order deadlines (# 36). Trial in this case is set for December 16, 2013. Although defendant does not specify how much time is needed, it does indicate that roughly seven weeks of discovery time was lost due to a stay and ultimate consolidation of cases. The court finds that this motion is well-taken. However, the court cautions the parties that no further extensions can be granted without a continuance of the trial date.

**IT IS, THEREFORE, ORDERED** that the following extensions are granted:

    Plaintiffs' designation of experts: June 3, 2013
    Defendants' designation of experts: July 1, 2013
    Discovery deadline: August 2, 2013; and
    Motions deadline other than motions *in limine*: August 16, 2013.

SO ORDERED, this the 26th day of April 2012.

                                                                                  /s/ Jane M. Virden
                                                                                  UNITED STATES MAGISTRATE JUDGE